FILED

2017 Nov-07  PM 04:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER GOAD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:17-cv-01564-AKK-SGC** |
| | ) | |
| **JEFFERSON COUNTY JAIL,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

On September 21, 2017, the magistrate judge ordered the plaintiff to amend his complaint to name a defendant subject to suit.  Doc. 4.  The magistrate judge advised the plaintiff that failure to comply within the time prescribed could result in dismissal of this action without further notice.  *Id*.  That order was mailed to the plaintiff at the Jefferson County Jail and at the alternative address supplied by the plaintiff.  Although the order addressed to the plaintiff at the Jefferson County Jail was returned as undeliverable, the order sent to the plaintiff's alternative address in Cullman, Alabama has not been returned to the court.

The specified time limit for the plaintiff to amend his complaint has elapsed, and the plaintiff has failed to comply with or otherwise respond to the magistrate judge's order.  Accordingly, it is **ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** due to the plaintiff's failure to prosecute.

For information regarding the cost of appeal, see the attached notice.  The Clerk is **DIRECTED** to mail a copy of this order to the plaintiff at both the Jefferson County Jail and at the alternative address he provided in Cullman, Alabama.

**DONE** the 7th day of November, 2017.

**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith                                          In Replying Give Number
Clerk of Court                                          of Case and Names of Parties

## NOTICE TO PRISONERS CONCERNING CIVIL APPEALS

The Prison Litigation Reform Act of 1995 (effective April 26, 1996) now **REQUIRES** that all prisoners pay the Court's $500.00 docket fee plus $5.00 filing fee (for a total of $505.00) when appealing any civil judgment.

If you wish to appeal in a civil case that Act now **requires** that upon filing a notice of appeal you *either*:

(1) Pay the total $505.00 fee to the clerk of the district court from which this case arose; *or*

(2) arrange to have a prison official certify to the district court from which the appeal arose the average monthly deposits and balances in your prison account for each of the six months preceding the filing of a notice of appeal.

If you proceed with option (2) above, the Act requires that the district court order you to pay an *initial partial fee* of at least 20% of the **greater** of either the average monthly deposits or of the average monthly balances shown in your prison account. The remainder of the total $505.00 fee will thereafter be deducted from your prison account each month that your account balance exceeds $10.00. Each such monthly deduction shall equal 20% of all deposits to your prison account during the previous month, until the total $505.00 fee is paid. (If your prison account statement shows that you cannot pay even the required *initial partial fee*, your appeal may nevertheless proceed, BUT THE TOTAL $505.00 FEE WILL BE ASSESSED AGAINST AND WILL BE DEDUCTED FROM FUTURE DEPOSITS TO YOUR PRISON ACCOUNT.)

Fees are not refundable, regardless of outcome, and deductions from your prison account will continue until the total $505.00 fee is collected, even if an appeal is unsuccessful.

David J. Smith
Clerk of Court

PLRA Notice